## UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF KENTUCKY
## COVINGTON DIVISION

**IN RE:**

**IRMLINDE NELSON**                                                    **CASE NO. 18-20103**

**DEBTOR(S)**                                                              **CHAPTER 13**

### **CERTIFICATION**

      I hereby certify that a true and correct copy of the Debtor's Chapter 13 Plan, dated January 29, 2018 has been mailed by first class U. S. Mail postage prepaid to all creditors at their addresses as shown in the schedules accompanying the Debtor's Petition and sent via electronic mail to Hon. Beverly M. Burden, P.O. Box 2204, Lexington, KY 40588-2204, Notices@Ch13EDKY.com, downloads@ch13edky.com and U.S. Trustee, 100 E. Vine Street, 5th Fl., Lexington, KY 40507, ustpregion08.lx.ecf@usdoj.gov, this 29th day of January, 2018.

                                                            /s/ L. Craig Kendrick
                                                            L. Craig Kendrick (KBA#83680)
                                                            7000 Houston Rd., Bldg. 300, Ste. 25
                                                            Florence, Kentucky 41042
                                                            (859) 371-4321