**UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF KENTUCKY**
**COVINGTON DIVISION**

IN RE:

| | |
|---|---|
| **IRMLINDE NELSON** | **CASE NO. 18-20103** |
| **DEBTOR(S)** | **CHAPTER 13** |

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY pursuant to 11 U.S.C. §521(a)(1)(B)(iv) that the payment advices for the Debtor(s) for at least 60 days before the bankruptcy filing will be sent via Trustee Document Portal (TDP) to the Chapter 13 Trustee c/o Beverly M. Burden at https://documents.ch13edky.com on the 29th day of January, 2018.

/s/ L. Craig Kendrick_____
L. Craig Kendrick
Attorney for Debtor
7000 Houston Road
Building 300, Suite 25
Florence, Kentucky 41042
(859) 371-4321