# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF KENTUCKY
# COVINGTON DIVISION

IN RE:  Irmlinde Nelson                                     Case Number:  18-20103
        Debtor


## ORDER CONTINUING CONFIRMATION HEARING

### NOTICE OF HEARING

The confirmation hearing is continued to 7/24/2018 at 10:00 am in the U.S. Bankruptcy Courtroom, Covington Courthouse, 35 West 5th Street, Third Floor, Room 306, Covington, KY  41011.

To be entered:
/s/  Beverly M. Burden

Beverly M. Burden, Chapter 13 Trustee
P O BOX 2204
LEXINGTON, KY  40588-2204


Irmlinde Nelson                                             KENDRICK, L. CRAIG
12006 Flagg Springs Pike                                    Served Electronically Via ECF
California, KY  41007

Stagnaro Saba & Patterson Co Lpa
Via Ecf
,

Manley Deas Kochalski Llc
Via Ecf
,

Bank Of America Na
P O Box 31785
Tampa, FL  33631-3785


Us Bank Na
% Bankruptcy Department
P O Box 108
St Louis, MO  63166-0108


Branch Banking & Trust Co
% Paul T Saba
2623 Erie Avenue
Cincinnati, OH  45208