# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF KENTUCKY
# COVINGTON DIVISION

IN RE:   Irmlinde Nelson                                           Case Number:   18-20103
         Debtor

## ORDER CONTINUING CONFIRMATION HEARING

### NOTICE OF HEARING

The confirmation hearing is continued to 7/24/2018 at 10:00 am in the U.S. Bankruptcy Courtroom, Covington Courthouse, 35 West 5th Street, Third Floor, Room 306, Covington, KY  41011.

To be entered:
/s/  Beverly M. Burden
Beverly M. Burden, Chapter 13 Trustee
P O BOX 2204
LEXINGTON, KY  40588-2204

Irmlinde Nelson
12006 Flagg Springs Pike
California, KY  41007

KENDRICK, L. CRAIG
Served Electronically Via ECF

Stagnaro Saba & Patterson Co Lpa
Via Ecf
,

Manley Deas Kochalski Llc
Via Ecf
,

Bank Of America Na
P O Box 31785
Tampa, FL  33631-3785


Us Bank Na
% Bankruptcy Department
P O Box 108
St Louis, MO  63166-0108


Branch Banking & Trust Co
% Paul T Saba
2623 Erie Avenue
Cincinnati, OH  45208

---

**The affixing of this Court's electronic seal below is proof this document has been signed by the Judge and electronically entered by the Clerk in the official record of this case.**



**Signed By:**
*Tracey N. Wise*
**Bankruptcy Judge**
**Dated: Tuesday, June 05, 2018**
(alf)