# UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF KENTUCKY
# COVINGTON DIVISION

IN RE:
IRMLINDE NELSON
DEBTOR(S)                                                        CASE NO. 18-20103

## TRUSTEE'S REPORT AND
## RECOMMENDATION AS TO CONFIRMATION

Confirmation: NOT RECOMMENDED.

1.      The following documents have not been provided to the Trustee:

        a. Deed to the debtor's residence at 12006 Flagg Springs Pike, California, KY.

2.      Section 5.1 of Local Form 3015-1(a) provides debtors with three options for the treatment of nonpriority unsecured claims not separately classified in the plan.  Chapter 13 plans in this jurisdiction are most commonly described as pool plans.  In order to designate the plan as a pool plan, the debtor should amend the plan to check the third box thereby indicating that creditors holding nonpriority unsecured claims not separately classified in the plan shall receive funds remaining after disbursements to all other creditors provided for in the plan.

3.      The plan is not feasible.  A proof of claim for mortgage arrearages has been filed in an amount higher than estimated.  Appropriate action must be taken to address the claim, such as by amending the plan, filing an objection to the proof of claim of the creditor, or filing an appropriate motion.

4.      Due to nonexemptible equity in real property the trustee believes a 100% plan is required.  The debtor has an interest in several parcels of real property, some of which have been sold or will be sold to pay off the liens of secured creditors.  Until the Proof of Claims filed by the secured creditors are amended to reflect the balances after applying the sale proceeds the trustee is unable to determine if the plan will meet the liquidation test.

CERTIFICATE OF SERVICE

I certify that the foregoing was served via ECF on L. Craig Kendrick, Esq. on June 8, 2018.

/s/ Donald B. Smith
Donald B. Smith
Attorney for Trustee
Ky Bar ID: 89052
P O Box 2204
Lexington KY 40588-2204
(859) 233-1527
notices@ch13edky.com