## UNITED STATES BANKRUPTCY COURT

## FOR THE EASTERN DISTRICT OF KENTUCKY

## COVINGTON DIVISION

IN RE:

IRMLINDE NELSON                                               CASE NO. 18-20103

DEBTOR(S)                                                     CHAPTER 13

### ORDER

This matter having come before the Court on the Debtor's Motion to Sell Real Property; notice having been given and no objections being filed and the Court being in all ways sufficiently advised;

**IT IS HEREBY ORDERED** that the Motion to Sell Real Property is SUSTAINED. The Debtor shall provide the Chapter 13 Trustee with a HUD-1 statement after closing.

**Pursuant to Local Rule 9022-1(c), L. Craig Kendrick shall cause a copy of this Order to be served on each of the parties designated to receive the Order pursuant to Local Rule 9022-1(a) and shall file with the Court a certificate of service of the Order upon such parties within ten (10) days hereof.**

Cc:

Beverly M. Burden

Notices@Ch13EDKY.com, downloads@ch13edky.com

U.S. Trustee

Ustpregion08.1x.ecf@usdoj.gov

To all other creditors on the matrix and electronic service.

Label Matrix for local noticing
0643-2
Case 18-20103-tnw
Eastern District of Kentucky
Covington
Fri Jun  1 08:53:07 EDT 2018

Branch Bank & Trust, Successor by Merger to
2623 Erie Ave
Cincinnati, oh 45208-2001

Covington Office
US Bankruptcy Court
PO Box 1111
Lexington, KY 40588-1111

BANK OF AMERICA
C/O SARAH ALFORD WILSON
1700 PNC CENTER
CINCINNATI OH 45202-4156

BANK OF AMERICA, N.A.
P.O. BOX 660933
DALLAS TX 75266-0933

BB&T
C/O PAUL SABA, ESQ.
2623 ERIE AVE
CINCINNATI OH 45208-2001

BB&T, BANKRUPTCY SECTION
100-50-01-51
P.O. BOX 1847
WILSON, NC 27894-1847

JOHN H. NELSON
C/O ASHLEY MEIER BARLOW, ESQ.
2221 MEMORIAL PARKWAY
FORT THOMAS KY 41075-1524

NELSON'S TENTS INC.
C.O STUART BROWN
327 PIKE STREET
COVINGTON KY 41011-2264

THE NELSON FAMILY TRUST
C/O ASHLEY MEIER BARLOW, ESQ.
2221 MEMORIAL PARKWAY
FORT THOMAS KY 41075-1524

(p)US BANK
PO BOX 5229
CINCINNATI OH 45201-5229

U.S. Trustee
100 E Vine St #500
Lexington, KY 40507-1441

Beverly M. Burden
PO Box 2204
Lexington, KY 40588-2204

Irmlinde Nelson
12006 Flagg Springs Pike
California, KY 41007-9036

L Craig Kendrick
7000 Houston Rd., Bldg 300, Ste. 25
Florence, KY 41042-4879

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified
by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

U.S. BANK NATIONAL ASSOCIATION
BANKRUPTCY DEPARTMENT
PO BOX 108
ST. LOUIS MO 63166-0108

(d)US BANK
PO BOX 790408
SAINT LOUIS MO 63179-0408

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

(u)Bank of America, N.A.

(u)JACK NELSON

End of Label Matrix
Mailable recipients    14
Bypassed recipients     2
Total                  16

---

**The affixing of this Court's electronic seal below is proof this document has been signed by the Judge and
electronically entered by the Clerk in the official record of this case.**



Signed By:
*Tracey N. Wise*
**Bankruptcy Judge**
**Dated: Tuesday, June 12, 2018**
**(tnw)**