# UNITED STATES BANKRUPTCY COURT
## Eastern District of Kentucky
## Covington Division

Mailing Address: P.O. Box 1111, Lexington, KY 40588–1111

In re   Irmlinde Nelson

    12006 Flagg Springs Pike
    California, KY 41007

Case No. 18–20103–tnw

Chapter: 13

aka/dba:

SSN/TID: xxx–xx–7184

Debtor(s)

## ORDER

A(n) Objection to Claim [ECF No. 74] having been filed March 11, 2019 , on behalf of debtor , and an objection [ECF No. 84] to the matter having been filed that is defective for the following reason(s):

☒ Notice of hearing is missing/incorrect. Go to www.kyeb.uscourts.gov to obtain correct hearing information.

☐ Other.

    IT IS ORDERED that Branch Banking & Trust Company shall properly notice said matter for hearing within 7 days from the date of this order, or the objection shall be deemed overruled.

DATED: 4/10/19

By the court –

/s/ Tracey N. Wise
Tracey N. Wise
U.S. Bankruptcy Judge