UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF KENTUCKY
COVINGTON DIVISION

IN RE:

IRMLINDE NELSON                                          CASE NO. 18-20103

DEBTOR(S)                                                CHAPTER 13

### ORDER SUSTAINING OBJECTION

The Debtors having filed an Objection to the Proof of Claim #5 of BB&T, and notice given to the creditor and no response being filed; and the Court being in all ways sufficiently advised;

IT IS NOW ORDERED AND ADJUDGED that the Debtors objection to the Proof of Claim #5 of BB&T is hereby SUSTAINED. Claim #5 shall be treated as unsecured under terms of the plan.

**Pursuant to Local Rule 9022-1(c), L. Craig Kendrick shall cause a copy of this Order to be serviced on each of the parties designated to receive this Order pursuant to Local Rule 9022-1(a) and shall file with the court of a certificate of service of the Order upon such parties within ten (10) days hereof.**

Beverly M. Burden
Notices@Ch13EDKY.com,  downloads@ch13edky.com

United States Trustee's Office
ustpregion08.lx.ecf@usdoj.gov

Paul T. Saba on behalf of Creditor Branch Bank & Trust, Successor by Merger to the Bank of Kentucky, Inc.
paulsaba@fssp-law.com

THIS ORDER PREPARED BY:

/s/ L. Craig Kendrick_____
L. CRAIG KENDRICK
Attorney for Debtor
7000 Houston Road
Building 300, Suite 25
Florence, Kentucky 41042
(859) 371-4321

_____
**The affixing of this Court's electronic seal below is proof this document has been signed by the Judge and electronically entered by the Clerk in the official record of this case.**



Signed By:
*Tracey N. Wise*
**Bankruptcy Judge**
**Dated: Monday, April 22, 2019**
(tnw)