# UNITED STATES BANKRUPTCY COURT
### Eastern District of Kentucky
### Covington Division

Mailing Address: P.O. Box 1111, Lexington, KY 40588–1111

In re  Irmlinde Nelson

   12006 Flagg Springs Pike
   California, KY 41007

Case No. 18–20103–tnw

Chapter: 13

aka/dba:

SSN/TID: xxx–xx–7184

Debtor(s)

## ORDER TO FILE NOTICE OF HEARING

   A Motion for Relief from Stay [ECF No. 98] having been filed on behalf of Specialized Loan Servicing, LLC , and an Objection [ECF No. 100] to the Motion having been filed that is defective for the following reason(s):

☑ Notice of hearing is missing/incorrect. Go to www.kyeb.uscourts.gov to obtain correct hearing information.

☐ Other.

   It is ORDERED that the objecting party shall properly notice said matter for hearing within 7 days from the date of this Order, or the Objection shall be deemed overruled, and the stay may be lifted. The automatic stay shall remain in effect pending conclusion of the final hearing and determination under 11 USC Section 362(d), if a timely notice of hearing is filed.

DATED: 6/25/19



By the court –

/s/ Tracey N. Wise
Tracey N. Wise
U.S. Bankruptcy Judge